**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

IN RE:                                          CHAPTER 13

NOEMI ACOSTA,                                   CASE NO.: 16-16071-elf
                    Debtor

---

BANK OF AMERICA, N.A., its assignees           **HEARING DATE:**
and/or successors in interest,                  Tuesday, September 25, 2018
                    Movant                      1:00 p.m.

vs.
                                                **LOCATION:**
NOEMI ACOSTA,                                   U.S. Bankruptcy Court
                    Respondent                  Robert N.C. Nix Federal Courthouse
WILLIAM C. MILLER,                              Courtroom No 1
                    Trustee                     900 Market Street
                                                Philadelphia, PA 19107

---

## MOTION TO PERMIT PARTIES TO ENTER INTO A
## LOAN MODIFICATION AGREEMENT

Movant, by its Attorney, Jason Brett Schwartz, Esquire, hereby requests an entry of an

Order to permit Movant and Debtor, Noemi Acosta, to enter into a Loan Modification on a lien

secured by real property commonly known as **6833 Rutland Street, Philadelphia, Pennsylvania**

**19149**.

1.      Movant is Bank of America, N.A., its assignees and/or successors in interest.

2.      Debtor, Noemi Acosta, is owner of premises hereinafter known as the mortgaged

premises.

3.      Movant is the current payee of promissory note dated January 17, 2009 in the

principal amount of $119,408.00 ("Note" herein) secured by said mortgage of same date

("Mortgage" herein) upon property generally described as **6833 Rutland Street, Philadelphia,**

**Pennsylvania 19149** and legally described as set forth in the Mortgage.

4.      Movant and the Debtor request permission to enter into a Loan Modification

1

Agreement, a copy of which is attached hereto as **Exhibit "A"**.

5.     The Loan Modification Agreement will be valid notwithstanding the automatic stay provisions of 11 U.S.C. § 362(a), and the Movant will not be held liable for violations of the stay for communications in furtherance of that purpose, execution of the applicable documents or recording of the documents during the Debtor's case.

6.     Bank of America, N.A., its agents, assignees and/or successors in interest, pray that this honorable Court enter an Order permitting the Movant and the Debtor to enter into the Loan Modification Agreement and for such other relief as this Court may deem just. Alternatively, if the Court deems this Motion unnecessary to effectuate the Loan Modification Agreement, the Movant prays for an Order stating that permission is not needed by the Court to enter into the instant loan modification agreement.

Respectfully submitted,

MESTER & SCHWARTZ, P.C.

/s/ Jason Brett Schwartz
Jason Brett Schwartz, Esquire
Retained Counsel for Movant
1333 Race Street
Philadelphia, PA 19107
Telephone (267) 909-9036
Facsimile (215) 665-1393
E-Mail: jschwartz@mesterschwartz.com
FHAC.241-5329